**Cary R. Cadonau**, OSB #002245
ccadonau@brownsteinrask.com
BROWNSTEIN RASK LLP
1 SW Columbia Street, Ste. 900
Portland, Oregon 97204
Telephone: (503) 221-1772
Fax: (503) 221-1074
    Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| TRUSTEES OF THE OREGON-WASHINGTON CARPENTERS-EMPLOYERS HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CASCADE DIVE COMPANY, <br><br> Defendant. | Civil No. 3:20-cv-02005-AR <br><br> **STIPULATED NOTICE OF DISMISSAL** |

Pursuant to FRCP 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of this case with prejudice and without an award of fees or costs to any party.

DATED this 20th day of October 2023.

| | |
|---|---|
| **Brownstein Rask, LLP** | **Cosgrave Vergeer Kester LLP** |
| *(signature)* <br> Cary R. Cadonau, OSB #002245 <br> Attorney for Plaintiffs | /s/ Daniel C. Peterson <br> Daniel C. Peterson, OSB #064664 <br> Attorney for Defendant |

Page 1 – **STIPULATED NOTICE OF DISMISSAL**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October 2023, I electronically filed the foregoing **STIPULATED NOTICE OF DISMISSAL** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the defendant's attorney, Daniel C. Peterson.

                                       **BROWNSTEIN RASK, LLP**

                                       _____
                                       Cary R. Cadonau, OSB #002245
                                       Attorney for Plaintiffs